

## Hazlehurst Law, EST. 2018

| 11350 McCormick Road | Executive Plaza II, Suite 705 | Hunt Valley, Maryland 21031 | Tel. 410.773.9610 |

August 20, 2021

*via ECF/CM*
The Honorable James K. Bredar
Chief United States District Judge
    for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

Re:    United States v. Milton Portillo Rodriguez
        JKB-16-0259

Dear Judge Bredar,

    I have received the Court's order setting a status conference for Thursday, August 26, 2021 at 2:30 p.m in Mr. Portillo Rodriguez' case. I write to inform Your Honor that I have a sentencing in the courthouse before Judge Bennett at 2 p.m. the same day. I will try to join the conference as soon as I am able at the conclusion of that hearing. In the meantime, my co-counsel, Laura Rhodes, will participate in the conference.

    If you have any questions in regard to this matter, please contact me.

Sincerely,

_____

Paul D. Hazlehurst, Esquire

cc:    All counsel of record via ECM/CF