IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          :

v.                                :      CRIM. NO. JKB-16-259

MILTON PORTILLO-RODRIGUEZ, et al   :

...oooOooo...

DEFENDANT MILTON PORTILLO RODRIGUEZ'S NOTICE OF APPEAL

Mr. Portillo-Rodriguez, by undersigned counsel, provides this notice of appeal to the U.S. Court of Appeals for the Fourth Circuit, appealing from all appealable proceedings, findings of fact, conclusions of law, the verdict, the judgment entered on May 16, 2022, ECF #1513, and the sentencing. Appointment of new counsel on appeal for the Defendant is hereby requested.

Respectfully submitted,

_____/S/_____
Laura Kelsey Rhodes
U.S. District Court Bar No. 12703
LAURA KELSEY RHODES, LLC
200-A Monroe Street, Suite 305
Rockville, Maryland  20850
(301) 424-0094

/s/
_____
Robert W. Biddle, Esq.
U.S. District Court Bar No. 10761
Nathans & Biddle LLP
120 East Baltimore Street, Suite 1800
Baltimore, Maryland 21202
4l0-783-0272

Dated: May 17, 2022

CERTIFICATE OF SERVICE

It is stated on this 17th day of May, 2022, this notice of appeal was filed, and copies were served on all counsel of record on ECF.

/s/
_____
Robert W. Biddle